IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERT CARLOS RODRIGUEZ GUERRA, )
*et al.*, *on behalf of themselves and all others* )
*similarly situated*, )
)
      Plaintiffs, )   Case No. 1:23-cv-1151 (MSN/LRV)
)
v. )
)
PAUL PERRY, WARDEN, CAROLINE )
DETENTION FACILITY, *et al.*, )
)
      Defendants. )
)
)

## **ORDER**

This matter comes before the Court on the parties' motion to approve the class action settlement (Dkt. 79).

On August 30, 2024, the Court preliminarily approved the settlement agreement (Dkt. 79-1) and ordered that the proposed class notice (Dkt. 79-2) be made available to the Class. Aug. 30, 2024 Order (Dkt. 84). The Court also scheduled a fairness hearing, pursuant to Federal Rule of Civil Procedure 23(e)(2), for October 11, 2024. *Id.*

The Court conducted the fairness hearing as scheduled. As stated in open court, the Court finds that notice to the class was given pursuant to Federal Rule of Civil Procedure 23(e)(1), and class members had an opportunity to object to the settlement. No class members objected to the settlement at the fairness hearing.

For the reasons stated in the parties' submission (Dkt. 79) and stated in open court during the hearing, and for good cause shown, the Court finds that the settlement agreement (Dkt. 79-1)

is fair, reasonable, and adequate. In making this determination, the Court has considered the criteria in Federal Rule of Civil Procedure 23(e)(2)(A)-(D). Accordingly, it is hereby

ORDERED that the settlement agreement (Dkt. 79-1) is approved; and it is further

ORDERED that Federal Defendants will remit $140,000 to Plaintiffs, which represents a settlement of Plaintiffs' request for attorneys' fees and costs on Counts II and III of the Third Amended Complaint, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and it is further

ORDERED that this action is dismissed with prejudice. Notwithstanding the finality of this judgment, Plaintiffs may apply to this Court for enforcement of the settlement terms, in accordance with Section 5 of the settlement agreement (Dkt. 79-1).

/s/
Michael S. Nachmanoff
United States District Judge

HONORABLE MICHAEL S. NACHMANOFF
U.S. DISTRICT JUDGE

October 16, 2024
Alexandria, Virginia